UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEKUNLE A. ONATOLU,

              Plaintiff,

-against-

ALL RELIGIOUS ORGANIZATIONS,

              Defendants.

21-CV-2938 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued April 7, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the July 9, 2015 order in *Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    April 7, 2021
            New York, New York

                                          COLLEEN McMAHON
                                      Chief United States District Judge